UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA

HEARING: __R5__    CASE #: __19mJ49__

-VS-

DATE: __3/5/19__    TIME: __2:00pm__

__Michael Butler__

TYPE: FTR RECORDER    DEPUTY CLERK: T. FITZGERALD

COUNSEL FOR THE UNITED STATES: __W. Clayman__
COUNSEL FOR THE DEFENDANT: __F. Salvatto__

INTERPRETER: _____ LANGUAGE: _____

( X ) DEFENDANT APPEARED:    ( X ) WITH COUNSEL    (   ) WITHOUT COUNSEL

( X ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

(   ) COURT TO APPOINT COUNSEL _____    (   ) DFT. TO RETAIN COUNSEL

(   ) GVT. CALL WITNESS & ADDUCES EVIDENCE

(   ) EXHBIT # _____ ADMITTED

(   ) PROBABLE CAUSE: FOUND (   ) / NOT FOUND (   )

(   ) PRELIMINARY HEARING WAIVED

(   ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DEFT. ADMITS VIOLATION (   ) DFT. DENIES VIOLATION   (   ) COURT FINDS DFT. IN VIOLATION

MINUTES: __USA seeks detention - Granted.__

CONDITIONS OF RELEASE:
($         ) UNSECURED ($         ) SECURED (   ) PTS (   ) 3RD PARTY (   ) TRAVEL RESTRICTED •
(   ) APPROVED RESIDENCE (   ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING (   ) MENTAL HEALTH
TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM (   ) PASSPORT (   ) AVOID CONTACT
(   ) ALCOHOL & DRUG USE (   ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
(   ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: __3/7/19__ at __2:00pm__ Before __Buchanan__
( X ) DH ( X ) PH (   ) STATUS (   ) TRIAL (   ) JURY (   ) PLEA (   ) SENT (   ) PBV (   ) SRV (   ) R5