UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA

HEARING: PH/DH  CASE #: 19mJ49

-VS-

DATE: 3/7/19  TIME: 2:00pm

Michael Butler

TYPE: FTR RECORDER  DEPUTY CLERK: T. FITZGERALD

COUNSEL FOR THE UNITED STATES: W. Clayman

COUNSEL FOR THE DEFENDANT: C. Amolsch

INTERPRETER: _____  LANGUAGE: _____

(X) DEFENDANT APPEARED: (X) WITH COUNSEL  ( ) WITHOUT COUNSEL

( ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( ) COURT TO APPOINT COUNSEL _____  ( ) DFT. TO RETAIN COUNSEL

(X) GVT. CALL WITNESS & ADDUCES EVIDENCE

(X) EXHBIT # 1 ADMITTED (Affidavit)

(X) PROBABLE CAUSE: FOUND (X) / NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED

(X) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( ) DFT. DENIES VIOLATION ( ) COURT FINDS DFT. IN VIOLATION

MINUTES: Agent adopts the affidavit as part of his testimony; Crossexamination of witness. USA seeks detention; Deft argues for Bond w/conditions - Granted.

CONDITIONS OF RELEASE:
($ ) UNSECURED ($ ) SECURED (X) PTS (X) 3RD PARTY ( ) TRAVEL RESTRICTED •
(X) APPROVED RESIDENCE (X) SATT ( ) PAY COSTS (X) ELECTRONIC MONITORING (X) MENTAL HEALTH
TEST/TREAT ( ) ROL ( ) NOT DRIVE (X) FIREARM ( ) PASSPORT (X) AVOID CONTACT
( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS to be released once all conditions are met.
( ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: _____ at _____ Before _____
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) RS