IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.   Criminal No. 1:19-CR-164

Michael Butler

## WAIVER OF TRIAL BY JURY

I, Michael Butler, the above names defendant, who is accused of violating Title _____, U.S.C., § _____, being represented by Chris Amolsch Having heretofore been furnished a copy of the Indictment against me, having been fully advised by the Court or my Attorney of the nature of the charge(s) against me, and of the possible sentence or sentences resulting from such charge(s), and having further been fully advised by the Court or my Attorney of my right to a trial by Jury, do hereby knowingly, freely and voluntarily waive trial by Jury on said charge(s) and request and consent to trial by the Court without a jury.

Date: 8/9/19     Defendant: [signature]

## CERTIFICATE OF ATTORNEY

I hereby certify that I have discussed and fully advised the above named Defendant as to his rights as aforesaid.

Date: 8/9/19     Attorney: [signature]

## CONSENT

The United States of America hereby consents that the above case be tried without a Jury and hereby unites in such waiver.

Date: 8/9/19     AUSA [signature]

## APPROVAL

Waiver of trial by jury in this case is hereby approved.

Date: Aug 9, 2019     /s/ [signature]
Liam O'Grady
United States District Judge